## RETURN OF SERVICE

**State of Florida**  UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT

Case Number: 9:22-CV-80909-DMM

Plaintiff:
**CHRISTOPHER SADOWSKI**

vs.

Defendant:
**LAW ENFORCEMENT TODAY, LLC**

For:
James D' Loughy, Esq.
CopyCat Legal
3111 North University Dr.
Suite 301
Coral Gables, FL 33065

Received by James Muller on the 22nd day of June, 2022 at 12:39 pm to be served on LAW ENFORCEMENT TODAY, LLC C/O ROBERT A. GREENBERG, 20423 STATE RD. 7, SUITE 131, BOCA RATON, PALM BEACH County, FL 33498.

I, James Muller, do hereby affirm that on the 29th day of June, 2022 at 1:45 pm, I:

SUBSTITUTE served by delivering a true copy of the SUMMONS IN CIVIL ACTION, COMPLAINT, EXHIBIT "A", EXHIBIT "B" to: HENRY RENAUD, a person in charge at the recipient's PRIVATE MAILBOX location at the address of: UPS STORE 488 20423 STATE RD 7, SUITE 131, BOCA RATON, FL 33498; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

Description of Person Served: Age: 50, Sex: M, Race/Skin Color: DARK SKINNED, Height: 5'9, Weight: 165, Hair: BLACK, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

James Muller #234
CPS #234  P.B.Co.

SHARK PROCESS, LLC
18899 120TH TER N
JUPITER, FL 33478
(561) 601-0288

Our Job Serial Number: MUL-2022000043

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m