THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-80909-DMM

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

LAW ENFORCEMENT TODAY, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Christopher Sadowski ("Plaintiff") hereby gives notice that the parties have reached a settlement that fully resolves this matter.  The parties are in the process of finalizing a written settlement agreement that will call for the filing of a notice of dismissal with prejudice, and Plaintiff therefore requests that the Court administratively dismiss/close the case (staying any interim deadlines) for a period of twenty-one (21) days to allow them to finalize the agreement without incurring further fees/expenses in this matter.[1]

Dated: July 21, 2022.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza_____

---

[1]  Undersigned counsel recognizes that the Court generally requires the parties to file a joint notice of settlement, but counsel for Defendant has not entered an appearance in this action and Defendant's principal is currently dealing with Covid and is not available to review/comment on the draft settlement agreement that has already been exchanged.

James D'Loughy, Esq.
Florida Bar No.: 0052700
Daniel DeSouza, Esq.
Florida Bar No.: 19291

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___

Daniel DeSouza, Esq.